UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA WHITTEN, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>BAUSCH & LOMB, INC., a Delaware Corporation, WAL-MART STORES, INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No. 06cv1105-H (BLM)<br><br>**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

    On September 28, 2006 at 9:00 a.m., the Court convened a telephonic Case Management Conference. Appearing for Plaintiff was Patrick Keegan, Esq. Appearing for Defendant Bausch & Lomb, Inc. was Darolyn Hamada, Esq. Appearing for Defendant Wal-Mart Stores, Inc. was Oriet Cohen-Supple, Esq.

    After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, a <u>telephonic</u>, <u>attorneys-only</u> Case Management Conference shall be held before the Honorable Barbara L. Major on **December 14, 2006** at **1:30 p.m.**

The Court will initiate the conference call.  As such, no later than **December 13, 2006**, counsel of record for all parties must contact the Court and provide the names and contact information for the attorney(s) appearing for each party.  Failure of required counsel to comply with this Order may result in monetary sanctions.

**IT IS SO ORDERED.**

Dated: September 28, 2006

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE MARILYN L. HUFF
U.S. DISTRICT JUDGE

ALL COUNSEL